RONALD G. BORTZ v. CHESTER RAMMEL.

October 11, 1977. Petitions for certification denied. (See 151 *N. J. Super.* 312)

IN THE MATTER OF THE ESTATE OF
ANGELINA O. TOMARO, DECEASED.

October 11, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD 25X KING.

October 11, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. TYRONE KENDRICK.

October 11, 1977. Petition for certification granted and that portion of the Appellate Division opinion remanding for resentencing is summarily reversed; and it is further ordered that the sentence imposed by the trial court is reinstated.

GERTRUDE GOULD v. ANN KLEIN, COMMISSIONER, DEPARTMENT OF INSTITUTIONS AND AGENCIES.

October 25, 1977. Petition for certification denied. (See 150 *N. J. Super.* 519)